UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JENNIFER JAYLEE,
    Plaintiff,

vs.                                                 Case No.:  3:24cv00096/LAC/ZCB

JEFFREY R SUTTON, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 29, 2024.  (Doc. 13).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 13) is adopted and incorporated by reference in this order.

2.    The Plaintiff's "Motion for Preliminary Injunction and Motion for Emergency Show Cause Hearing," (Doc. 3), is **DENIED without prejudice**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 1st day of July, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**